# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RODRIGO RUBEN LOPEZ-VELASQUEZ, | No. 4:19-CV-01766 |
| Petitioner, | (Judge Brann) |
| v. | |
| WARDEN, | |
| Respondent. | |

## ORDER

**FEBRUARY 20, 2020**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, ECF No. 1, is **DENIED AS MOOT**; and

2. The Clerk of Court is directed to **CLOSE** this matter.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge